THOMAS J. HILTON, Respondent, *v.* HENRY TYRRELL, Appellant.

*Appeal from St. Louis Circuit Court.*

*Mc Clellan, Moody* and *Hillyer*, for respondent.

*M. L. Gray*, for appellant.

DRYDEN, Judge, delivered the opinion of the court.

This was a suit in the St. Louis Circuit Court for the enforcement of a mechanic's lien. The court dismissed the cause for the supposed want of jurisdiction of the subject of

the action. The same question received the consideration of this court, and was decided at this term, in the case of Fitzgerald v. Jones and Maguire; and for the reasons given in the decision of that case, the judgment in this is reversed and the cause remanded. The other judges concur.